IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60179
Summary Calendar
_____

JOE OSAREN,

                                        Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
(A29 398 450)
_____

December 24, 1996

Before KING, HIGGINBOTHAM, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Joe Omorodion Osaren petitions this court to review the decision of the Board of Immigration Appeals (BIA) dismissing an appeal of the Immigration Judge's decision denying an application for asylum and withholding of deportation.  There is no error relative to his argument that the BIA improperly required a direct tie between the political conditions in Nigeria and his

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

individual situation.  Osaren received a fair and full opportunity to develop his claim of "extreme hardship" before the Attorney General's delegate.  <u>Ramos v. INS</u>, 695 F.2d 181, 185-86 (5th Cir. 1983); <u>Hernandez-Cordero</u>, 819 F.2d at 562.  Osaren's request that we order the BIA to change his voluntary departure date is DENIED.  <u>See</u> <u>Faddoul v. INS</u>, 37 F.3d 185 (5th Cir. 1994).

The petition is DENIED.